UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil No. 3:02CV889 (EBB) |
| 277 DIAMONDS VALUED AT APPROXIMATELY $2,461,093.00, | |
| ONE (1) PAIR OF DIAMOND EARRINGS, VALUED AT APPROXIMATELY $50,120.00, | |
| AND | September 9, 2004 |
| ONE (1) PLATINUM AND DIAMOND RING VALUED AT APPROXIMATELY $25,935.00 | |
| Defendants. | |
| [CLAIMANT: DAVID ROSSE] | |

### PLAINTIFF UNITED STATES OF AMERICA'S MOTION FOR INTERLOCUTORY SALE

COMES NOW the Plaintiff, United States of America, by and through the United States Attorney for the District of Connecticut, and moves the Court to order the interlocutory sale of the Defendant 277 Diamonds Valued at Approximately $2,461,093.00, one (1) Pair of Diamond Earrings Valued at Approximately $50,120.00, and one (1) Platinum and Diamond Ring Valued at Approximately $25,935.00 ("Defendant Diamonds and Diamond Jewelry"), which have been seized for civil forfeiture.