UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02CV889 (EBB) |
| | : | |
| 277 DIAMONDS VALUED AT APPROXIMATELY $2,461,093.00, | : | |
| | : | |
| ONE (1) PAIR OF DIAMOND EARRINGS, VALUED AT APPROXIMATELY $50,120.00, | : | |
| | : | |
| AND | : | |
| | : | |
| ONE (1) PLATINUM AND DIAMOND RING VALUED AT APPROXIMATELY $25,935.00, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| [CLAIMANT: DAVID ROSSE] | : | |

FILED

SEP 15  11 02 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

## ORDER FOR AN INTERLOCUTORY SALE

A motion having been duly brought before this Court for the interlocutory sale of the Defendant Diamonds and Diamond Jewelry, by the Plaintiff United States of America, and the Court finding that the interlocutory sale of the defendant property is warranted,

It is hereby,

ORDERED,

1. that the Internal Revenue Service Criminal Investigation forthwith dispose of the Diamonds and Diamond Jewelry in accordance with law;

2. that upon the sale of the Diamonds and Diamond Jewelry, the Internal Revenue Service shall deposit into the United States Customs Suspense Account the net proceeds remaining from the sale after all costs attributable to the marketing and sale of the Defendant Diamonds and Diamond Jewelry are paid;

3. that appropriate costs, as determined by the Court or by agreement of the parties, attributable to the seizure, forfeiture, and maintenance of the Defendant Diamonds and Diamond Jewelry shall be deducted from the net proceeds realized from the sale at the time this action is adjudicated;

4. that the Internal Revenue Service Criminal Investigation shall maintain the net proceeds from the sale of the Defendant Diamonds and Diamond Jewelry in the United States Customs Suspense Account pending further order of the Court; and

5. that the net proceeds realized from the sale of the Defendant Diamonds and Diamond Jewelry shall be a "substitute *res*" for the defendant property in this case.

SO ORDERED this 14th day of September, 2004, at New Haven, Connecticut.

ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing proposed Order for an Interlocutory Sale has been mailed, postage prepaid, on this 9th day of September, 2004, to:

David Rosse
Inmate No. 13723-014
Nellis Federal Prison Camp
8221 Seymour Johnson Avenue
Las Vegas, Nv 89191

William T. Koch, Jr., Esq.
151 Brush Hill Rd.
Lyme, CT 06371

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street, Suite 1000
Kansas City, Missouri 64108

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

Forrest B. Lammiman, Esq.
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, Illinois 60603

David N. Rosen, Esq.
400 Orange Street
New Haven, CT 06511

Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway, Ste. 200
P.O. Box 6020
Ridgeland, Mississippi 39157

*Julie G. Turbert*
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY