UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        Plaintiff,

  v.                                                                          Civil No. 3:02 CV 889 (EBB)

277 DIAMONDS VALUED AT
APPROXIMATELY $2,461,093.00

QNE (1) PAIR OF DIAMOND EARRINGS,
VALUED AT APPROXIMATELY
$40,120.00,

AND

ONE (1) PLATINUM AND DIAMOND
RING VALUED AT APPROXIMATELY
$25,935.00

        Defendants.

**PEOPLES BENEFIT LIFE INSURANCE COMPANY, VETERANS LIFE
INSURANCE COMPANY AND HUFF-COOK, INC.'S
MOTION TO ADMIT ATTORNEYS FORREST B. LAMMIMAN,
RANDALL A. HACK, AND BRIAN I. HAYS** *PRO HAC VICE*

Pursuant to Local Rule 2(d) and on behalf of the respondents Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff-Cook, Inc., the undersigned move to admit Attorneys Forrest B. Lammiman, Randall A. Hack, and Brian I. Hays *pro hac vice*.

The respondents provide the following information regarding the proposed visiting attorneys:

    Name:              Forrest B. Lammiman
    Federal Bar No.:    ct 21508
    Bars:               State of Illinois, State of Wisconsin, United States Court of
                           Appeals for the Seventh Circuit, United States Court of

1

|  |  |
|---|---|
|  | Appeals for the Third Circuit, United States Court of Appeals for the Fifth Circuit, United States District Court for the Northern District of Illinois, United States District Court for the Central District of Illinois, United States District Court for the Eastern District of Wisconsin, and United States District Court for the Western District of Wisconsin |
| Address: | Lord, Bissell & Brook, 115 South La Salle Street, Chicago, Illinois, 60603; Tel: (312) 443-0700; Fax: (312) 443-0336. |
| E-Mail: | flammiman@lordbissell.com |
|  |  |
| Name: | Randall A. Hack |
| Bars: | State of Illinois, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Tenth Circuit, and United States District Court for the Northern District of Illinois |
| Address: | Lord, Bissell & Brook, 115 South La Salle Street, Chicago, Illinois, 60603; Tel: (312) 443-0700; Fax: (312) 443-0336. |
| E-Mail: | rhack@lordbissell.com |
|  |  |
| Name: | Brian I. Hays |
| Federal Bar No.: | ct 21601 |
| Bars: | State of Illinois, United States District Court for the Northern District of Illinois, and United States District Court for the Eastern District of Michigan |
| Address: | Lord, Bissell & Brook, 115 South La Salle Street, Chicago, Illinois, 60603; Tel: (312) 443-0700; Fax: (312) 443-0336. |
| E-Mail: | bhays@lordbissell.com |

Attached to this motion are affidavits from the visiting attorneys attesting that they have not been denied admission or disciplined by any Court.

Dated: October 2A, 2004

                                              David N. Rosen

                                              400 Orange Street
                                              New Haven, CT 06511
                                              Federal Bar No. 000196
                                              Federal Bar No. 14069
                                              Telephone: (203) 787-3513
                                              Telecopy: (203) 789-1605

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _November 2, 2004_, a true and correct copy of the foregoing was delivered via United States Mail, first-class postage prepaid, to all counsel on the attached service list.

_____
David N. Rosen

# SERVICE LIST

*USA* v. *$29,035,500.00, et* **4**
**United States District Court for the District of Connecticut,
Case No, 3:01-CV-1515 (EBB)**

**Plaintiff U.S.A.**
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT 06510
(203) 821-3700

**Claimants**

| | |
|---|---|
| James A. Lenes, Esq. | Susan Loving, Esq. |
| Douglas S. Skalka, Esq. | Lest, Loving & Davies |
| Neubert, Pepe, Monteith | 1701 South Kelly |
| 195 Church Street | Edmund, OK 73013 |
| 13th Floor | |
| New Haven, CT 06510-2026 | |
| (203) 821-2000 | |
| | |
| Andrew B. Campbell, Esq. | Charles G. Copeland, Esq. |
| Graham Matherne, Esq. | Copeland, Cook, Taylor & Bush, P.A. |
| Wyatt Tarrant & Combs | 1062 Highland Colony Parkway |
| 2525 West End Avenue | Suite 200 |
| Suite 1500 | **P. O.** Box 6020 |
| Nashville, TN 37203 | Ridgeland, MS 39157 |
| (615) 244-0020 | |

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street
Suite 1000
Kansas City, MO 64108

**CHI1 983488v1**