UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        Plaintiff,

    v.                                                   Civil No. 3:02 CV 889 (EBB)

277 DIAMONDS VALUED AT
APPROXIMATELY $2,461,093.00

ONE (1) PAIR OF DIAMOND EARRINGS,
VALUED AT APPROXIMATELY
$40,120.00,

AND

ONE (1) PLATINUM AND DIAMOND
RING VALUED AT APPROXIMATELY
$25,935.00

        Defendants.

**AFFIDAVIT OF FORREST B. LAMMIMAN
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

      Attorney Forrest B. Lammiman of Chicago, Illinois, files this Affidavit in support of Peoples Benefit Life Insurance Company, Veterans Life Insurance Company and Huff-Cook, Inc.'s Motion to Admit Attorneys Forrest B. Lammiman, Randall A. Hack, and Brian I. Hays Pro Hac Vice and states the following:

    1.    I am over the age of 18 and competent to testify to the matters below.

    2.    I am a member in good standing of the following bars with the years of my admission noted in parentheses: the State of Illinois (1992); the State of Wisconsin (1983); the United States Court of Appeals for the Seventh Circuit (2004); the United States Court of Appeals for the Third Circuit (1999); the United States Court of Appeals for the Fifth Circuit

732332_1

3. I have been admitted to appear pro hac vice in this Court in the following cases

Peoples Benefit Life Insurance Company v. Frankel, Civil No. 3:00-CV-00421;

United States v. $11,014,165.20, Civil No. 3:99-CV-02589;

United States v. One 1995 Turbo Commander Aircraft, Civil No. 3:99-CV-02590;

4. My Federal Bar Number is: ct 21508.

5. I have not been denied admission or disciplined by this Court or any other Court. Further, there are no disciplinary actions pending against me in any Court.

6. I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

          Forrest B. Lam=an
          Federal Bar No.: ct 21508
          LORD, BISSELL & BROOK
          115 South LaSalle Street
          Chicago, IL 60603
          Telephone: (312) 443-0700
          Telecopy: (312) 443-0336

Sworn and subscribed before me this M day of October 2004.

_____
Notary Public

          cl , L KING
          Notary t'uulic, State of Illinois
          My Commission Expires 12/19/C5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 3ea~e ~( COLP 4, a true and correct copy of the foregoing was delivered via United States Mail, first-class postage prepaid, to all counsel on the attached service list.

_____
David N. Rosen

## SERVICE LIST

*USA v. $29,035,500.00, et al,*
**United States District Court for the District of Connecticut,
Case No, 3:01-CV-1515 (EBB)**

**Plaintiff U.S.A.**
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23$^{\text{'d}}$ Floor
New Haven, CT 06510
(203) 821-3700

**Claimants**
James A. Lenes, Esq.
Douglas S. Skalka, Esq.
Neubert, Pepe, Monteith
195 Church Street
13th Floor
New Haven, CT 06510-2026
(203) 821-2000

Susan Loving, Esq.
Lest, Loving & Davies
1701 South Kelly
Edmund, OK 73013

Andrew B. Campbell, Esq.
Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue
Suite 1500
Nashville, TN 37203
(615) 244-0020

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway
Suite 200
P. O. Box 6020
Ridgeland, MS 39157

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street
Suite 1000
Kansas City, MO 64108

CHI1 983488v1