UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>277 DIAMONDS VALUED AT APPROXIMATELY $2,461,093.00<br><br>ONE (1) PAIR OF DIAMOND EARRINGS, VALUED AT APPROXIMATELY $40,120.00,<br><br>AND<br><br>ONE (1) PLATINUM AND DIAMOND RING VALUED AT APPROXIMATELY $25,935.00<br><br>Defendants. | Civil No. 3:02 CV 889 (EBB) |

**AFFIDAVIT OF BRIAN I. HAYS
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

Attorney Brian I. Hays of Chicago, Illinois, files this Affidavit in support of Peoples Benefit Life Insurance Company, Veterans Life Insurance Company and Huff-Cook, Inc.'s Motion to Admit Attorneys Forrest B. Lammiman, Randall A. Hack, and Brian I. Hays Pro Hac Vice and states the following:

1. I am over the age of 18 and competent to testify to the matters below.

2. I am a member in good standing of the following bars with the years of my admission noted in parentheses: the State of Illinois (1998); the United States Court of Appeals for the Seventh Circuit (2004); the United States District Court for the Northern District of Illinois (1998), and United States District Court for the Eastern District of Michigan (2000).

CHI1 732322v1

3. I have not been denied admission or disciplined by this Court or any other Court. Further, there are no disciplinary actions pending against me in any Court.

4. I have been admitted to appear pro hac vice in this Court in the following cases

Peoples Benefit Life Insurance Company v. Frankel, Civil No. 3:00-CV-00421;

United States v. $11,014,165.20, Civil No. 3:99-CV-02589;

United States v. One 1995 Turbo Commander Aircraft, Civil No. 3:99-CV-02590;

5. My Federal Bar Number is: ct 21601.

6. I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

Brian I. Hays<br>
Federal Bar No   t 21601<br>
LORD, BISSELL & BROOK<br>
115 South LaSalle Street<br>
Chicago, IL 60603<br>
Telephone: (312) 443-0700<br>
Telecopy: (312) 443-0336

Sworn and subscribed before me this ___ day of October 2004.

_____
Notary Public

"OFFICIAL SEAL"
NIKKI A. KING
Notary Public, State of Illinois
Commission Expires   10/3/05

2

CHI1 732322v1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October ~~ea~~ 04' a true and correct copy of the foregoing was delivered via United States Mail, first-class postage prepaid, to all counsel on the attached service list.

_____
David N. Rosen

## SERVICE LIST

*USA* **v.** *277 DIAMONDS VALUED AT APPROXIMATELY $2,461,093.00, et al,*
United States District Court for the District of Connecticut,
Case No. 3:02 CV 889 (EBB)

**Plaintiff U.S.A.**
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT 06510
(203) 821-3700

**Claimants**

| | |
|---|---|
| James A. Lenes, Esq. | Susan Loving, Esq. |
| Douglas S. Skalka, Esq. | Lest, Loving & Davies |
| Neubert, Pepe, Monteith | 1701 South Kelly |
| 195 Church Street | Edmund, OK 73013 |
| 13th Floor | |
| New Haven, CT 06510-2026 | |
| (203) 821-2000 | |
| | |
| Andrew B. Campbell, Esq. | Charles G. Copeland, Esq. |
| Graham Matherne, Esq. | Copeland, Cook, Taylor & Bush, P.A. |
| Wyatt Tarrant & Combs | 1062 Highland Colony Parkway |
| 2525 West End Avenue | Suite 200 |
| Suite 1500 | P. O. Box 6020 |
| Nashville, TN 37203 | Ridgeland, MS 39157 |
| (615) 244-0020 | |

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street
Suite 1000
Kansas City, MO 64108

CHI! 987873v1