UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        Plaintiff,

   v.                                     Civil No. 3:02 CV 889 (EBB)

277 DIAMONDS VALUED AT
APPROXIMATELY $2,461,093.00

ONE (1) PAIR OF DIAMOND EARRINGS,
VALUED AT APPROXIMATELY
$40,120.00,

AND

ONE (1) PLATINUM AND DIAMOND
RING VALUED AT APPROXIMATELY
$25,935.00

        Defendants.

**AFFIDAVIT OF RANDALL A. HACK
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

    Attorney Randall A. Hack of Chicago, Illinois, files this Affidavit in support of Peoples Benefit Life Insurance Company, Veterans Life Insurance Company and Huff-Cook, Inc.'s Motion to Admit Attorneys Forrest B. Lammiman, Randall A. Hack, and Brian I. Hays Pro Hac Vice and states the following:

    1.    I am over the age of 18 and competent to testify to the matters below.

    2.    I am a member in good standing of the following bars with the years of my admission noted in parentheses: the State of Illinois (1984); the United States Court of Appeals for the Second Circuit (1990); the United States Court of Appeals for the Third Circuit (1999); the United States Court of Appeals for the Fifth Circuit (2001); the United States Court of

732337_1

Appeals for the Tenth Circuit (1991); and the United States District Court for the Northern District of Illinois (1984).

    3.    I have not been denied admission or disciplined by this Court or any other Court. Further, there are no disciplinary actions pending against me in any Court.

    4.    I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

/s/ Randall A. Hack
Randall A. Hack
LORD, BISSELL & BROOK
115 South LaSalle Street
Chicago, IL 60603
Telephone: (312) 443-0700
Telecopy: (312) 443-0336

Sworn and subscribed before me this _____ day of October 2004.

_____
Notary Public

OFFICIAL SEAL
NIKKI A. KING
Notary Public, State of Illinois
My Commission Expires 12/19/05

2

732337_1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on ueffter2972tt4, a true and correct copy of the foregoing was delivered via United States Mail, first-class postage prepaid, to all counsel on the attached service list.

                                              David N. Rosen

## SERVICE LIST

*USA v.277 DIAMONDS VALUED AT APPROXIMATELY $2,461,093.00, et al,*
**United States District Court for the District of Connecticut,
Case No. 3:02 CV 889 (EBB)**

**Plaintiff U.S.A.**
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT 06510
(203) 821-3700

**Claimants**

James A. Lenes, Esq.
Douglas S. Skalka, Esq.
Neubert, Pepe, Monteith
195 Church Street
13th Floor
New Haven, CT 06510-2026
(203) 821-2000

Susan Loving, Esq.
Lest, Loving & Davies
1701 South Kelly
Edmund, OK 73013

Andrew B. Campbell, Esq.
Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue
Suite 1500
Nashville, TN 37203
(615) 244-0020

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway
Suite 200
**P. O.** Box 6020
Ridgeland, MS 39157

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street
Suite 1000
Kansas City, MO 64108