UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

United States of America

v.

277 Diamonds Valued at
$2,461,093.00, et al.

CASE NUMBER: 3-02-CV-00889 (EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff-Cook, Inc.

Date 11/8/04

Signature

ct21508
Connecticut Federal Bar Number

Forrest B. Lamminan
Print Clearly or Type Name

(312) 443-0414
Telephone Number

Lord Bissell & Brook, LLP
Address 115 South LaSalle Street
Chicago, IL 60603

(312) 896-6414
Fax Number

flamminan@lordbissell.com
E-mail address

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached Service List

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## SERVICE LIST

*USA v.277 DIAMONDS VALUED AT APPROXIMATELY $2,461,093.00, et al,*
United States District Court for the District of Connecticut,
Case No. 3:02 CV 889 (EBB)

**Plaintiff U.S.A.**
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT   06510
(203) 821-3700

**Claimants**

| | |
|---|---|
| James A. Lenes, Esq.<br>Douglas S. Skalka, Esq.<br>Neubert, Pepe, Monteith<br>195 Church Street<br>13th Floor<br>New Haven, CT   06510-2026<br>(203) 821-2000 | Susan Loving, Esq.<br>Lest, Loving & Davies<br>1701 South Kelly<br>Edmund, OK   73013 |
| Andrew B. Campbell, Esq.<br>Graham Matherne, Esq.<br>Wyatt Tarrant & Combs<br>2525 West End Avenue<br>Suite 1500<br>Nashville, TN   37203<br>(615) 244-0020 | Charles G. Copeland, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>1062 Highland Colony Parkway<br>Suite 200<br>P. O. Box  6020<br>Ridgeland, MS   39157 |
| Douglas J. Schmidt, Esq.<br>Blackwell Sanders Peper Martin, LLP<br>2300 Main Street<br>Suite 1000<br>Kansas City, MO   64108 | |

CHI1 987873v1