# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

United States of America

v.

277 Diamonds Valued at
$2,461,093.00, et al.

CASE NUMBER: 3-02-CV-00889 (EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff-Cook, Inc.

*FILED 2004 NOV -9 A 9:48 U.S. DISTRICT COURT NEW HAVEN, CT*

---

Nov. 8, '04
**Date**

ct14314
**Connecticut Federal Bar Number**

(312) 443-0676
**Telephone Number**

(312) 896-6676
**Fax Number**

rhack@lordbissell.com
**E-mail address**

---

*Signature*

Randall A. Hack
**Print Clearly or Type Name**

Lord Bissell & Brook, LLP
**Address** 115 South LaSalle Street
Chicago, IL   60603

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached Service List

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## SERVICE LIST

### *USA v.277 DIAMONDS VALUED AT APPROXIMATELY $2,461,093.00, et al,*
### United States District Court for the District of Connecticut,
### Case No. 3:02 CV 889 (EBB)

**Plaintiff U.S.A.**
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT   06510
(203) 821-3700

**Claimants**

James A. Lenes, Esq.
Douglas S. Skalka, Esq.
Neubert, Pepe, Monteith
195 Church Street
13th Floor
New Haven, CT   06510-2026
(203) 821-2000

Susan Loving, Esq.
Lest, Loving & Davies
1701 South Kelly
Edmund, OK   73013

Andrew B. Campbell, Esq.
Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue
Suite 1500
Nashville, TN   37203
(615) 244-0020

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway
Suite 200
P. O. Box  6020
Ridgeland, MS   39157

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street
Suite 1000
Kansas City, MO   64108

CHI1 987873v1