# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

United States of America

v.

277 Diamonds Valued at
$2,461,093.00, et al.

CASE NUMBER: 3-02-CV-00889 (EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff-Cook, Inc.

---

Date: 11/8/04

Connecticut Federal Bar Number: ct 21601

Telephone Number: (312) 443-1707

Fax Number: (312) 896-6707

E-mail address: bhays@lordbissell.com

Signature

Print Clearly or Type Name: Brian I. Hays

Address: Lord Bissell & Brook, LLP
115 South LaSalle Street
Chicago, IL 60603

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached Service List

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## SERVICE LIST

### *USA v. 277 DIAMONDS VALUED AT APPROXIMATELY $2,461,093.00, et al,*
United States District Court for the District of Connecticut,
Case No. 3:02 CV 889 (EBB)

**Plaintiff U.S.A.**
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
23rd Floor
New Haven, CT  06510
(203) 821-3700

**Claimants**

| | |
|---|---|
| James A. Lenes, Esq.<br>Douglas S. Skalka, Esq.<br>Neubert, Pepe, Monteith<br>195 Church Street<br>13th Floor<br>New Haven, CT  06510-2026<br>(203) 821-2000 | Susan Loving, Esq.<br>Lest, Loving & Davies<br>1701 South Kelly<br>Edmund, OK  73013 |
| Andrew B. Campbell, Esq.<br>Graham Matherne, Esq.<br>Wyatt Tarrant & Combs<br>2525 West End Avenue<br>Suite 1500<br>Nashville, TN  37203<br>(615) 244-0020 | Charles G. Copeland, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>1062 Highland Colony Parkway<br>Suite 200<br>P. O. Box  6020<br>Ridgeland, MS  39157 |

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street
Suite 1000
Kansas City, MO  64108

CHI1 987873v1