UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC 16  P 4: 46

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA,  :

        Plaintiff,  :

    v.  :  Civil No. 3:02CV00889 (EBB)

277 DIAMONDS VALUED AT  :
APPROXIMATELY $2,461,093.00,  :

ONE (1) PAIR OF DIAMOND EARRINGS,:
VALUED AT APPROXIMATELY  :
$50,120.00,  :

AND  :

ONE (1) PLATINUM AND DIAMOND  :
RING VALUED AT APPROXIMATELY  :
$25,935.00,  :

        Defendants.  :

## SCHEDULING ORDER

1. Discovery Plan.

    a.    All discovery shall be commenced in time to be completed and/or answered by April 1, 2005.

    b.    The number and form of interrogatories and the number of depositions shall be governed by Fed.R.Civ.P.30 (a)(2)(A) and 33 (a).

    c.    The time permitted fro depositions shall be governed by Fed.R.Civ.P.30 (d)(2).

    d.    Reports from retained experts under Rule 26(a)(2) shall be due:

        (1)    From Plaintiff by April 1, 2005.

        (2)    From Defendant and Claimants by April 15, 2005.

        (3)    Rebuttal reports by May 2, 2005.

    e.    Supplementation from the parties shall be due as required under Rule 26(e).

    f.    All discovery motions shall be file by may 6, 2005, or within 10 days after the event giving rise to the dispute, whichever is later.

2.    Other items

    a.    The parties do not request an additional conference with the Court before entry of the Scheduling Order, but do request a pretrial conference before trial.

    b.    The parties request a pretrial conference in August, 2005.

    c.    The parties should be allowed until February 11, 2005, to join additional parties, add new claims and/or to amend the pleadings.

    d.    All potentially dispositive motion shall be filed by May 16, 2005, with any response due 30 days from the filing of the potentially dispositive motion and any reply due 20 days from the responsive motion.

    e.    Final lists of witnesses and exhibits under Rule 26(a)(3) shall be due June 13, 2005.

    f.    The parties have 10 days after service of final lists of witnessess and exhibits to list objections under Rule 26(a)(3).

2

       g.      The case should be ready for trial by September 9, 2005; at this time trial is expected to take approximately three to four days.

      SO ORDERED this 16th day of December, 2004, at New Haven, Connecticut.

                          ELLEN BREE BURNS
                          SENIOR UNITED STATES DISTRICT JUDGE

3