UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**277 DIAMONDS VALUED AT** )<br>**APPROXIMATELY $2,461,093.00,** )<br>)<br>**ONE (1) PAIR OF DIAMOND** )<br>**EARRINGS, VALUED AT** )<br>**APPROXIMATELY $50,120.00,** )<br>)<br>**and** )<br>)<br>**ONE (1) PLATINUM AND DIAMOND** )<br>**RING VALUED AT APPROXIMATELY** )<br>**$25,935.00,** )<br>)<br>**Defendants.** ) | Civil No. 302CV00889 EBB |

**MOTION FOR SUBSTITUTION OF PARTY**

Pursuant to Federal Rule of Civil Procedure 25(d)(1), Kim Holland, Oklahoma Insurance Commissioner, as Receiver of Farmers and Ranchers Life Insurance Company in Liquidation ("FRL"), respectfully requests that the Court issue an order substituting her in place of Carroll Fisher, as a party to this case. In support of this Motion, Commissioner Holland, as Receiver, states as follows:

1. In May 1999, Oklahoma Insurance Commissioner Carroll Fisher commenced delinquency proceedings against FRL, an Oklahoma domestic insurer, in the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-99-3401-61. On May 20, 1999, the District Court of Oklahoma County issued an *Agreed Order Appointing Receiver and Permanent Injunction* against FRL, placing FRL into receivership.

2. Pursuant to 36 Okla.Stat. §1914, whenever delinquency proceedings are had against an Oklahoma insurer, the Court shall appoint the Insurance Commissioner as such receiver. Oklahoma Insurance Commissioner Carroll Fisher was thereby appointed receiver of FRL, pursuant to that section.

3. Carroll Fisher has resigned as Oklahoma Insurance Commissioner.

4. Kim Holland has assumed the office of Oklahoma Insurance Commissioner, and by virtue of her official capacity as Insurance Commissioner, pursuant to 36 Okla.Stat. §1914, she has been appointed by the District Court of Oklahoma County as the Receiver for FRL.

WHEREFORE, Kim Holland, as Receiver of FRL, respectfully requests that this Court enter an order substituting her for Carroll Fisher, as a party to this case.

This 10th day of February, 2005.

Respectfully submitted,

/s/ Douglas S. Skalka
Douglas S. Skalka, Fed. Bar 00616
**NEUBERT, PEPE & MONTEITH**
195 Church Street, 13th Floor
New Haven, Connecticut 06510

Susan Loving  (21576)
Lester, Loving and Davies
1701 South Kelly
Edmond, Oklahoma  73013-3018
(405) 844-9900
(405) 844-9958 (fax)

Counsel for **KIM HOLLAND**, Insurance Commissioner for the    State of Oklahoma, in her capacity as Receiver of **FARMERS AND RANCHERS LIFE INSURANCE COMPANY IN LIQUIDATION**

CERTIFICATE OF SERVICE

I certify that on this, the 10th day of February, 2005, a true and correct copy of the foregoing document was served via U.S. Mail, postage prepaid, on the following counsel of record:

Alan F. Curley
C. Phillip Curley
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive, S- 1700
Chicago, IL   60606

Charles G. "Greg" Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
Ridgeland, MS 39157

Douglas J. Schmidt
Blackwell, Sanders, Peper, Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Steve A. Uhrynowycz
Liquidation Division
1023 West Capitol Ave. Suite 2
Little Rock, AR   72201-1904

Graham Matherne
Andrew Campbell
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN   37203

John B. Hughes, AUSA
David X. Sullivan, AUSA
United States Attorney's Office
P.O. Box 1824
New Haven, CT   06508

/s/  Douglas S. Skalka
Douglas S. Skalka (ct00616)

4