UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>277 DIAMONDS VALUED AT )<br>APPROXIMATELY $2,461,093.00; ONE )<br>(1) PAIR OF DIAMOND EARRINGS, )<br>VALUED AT APPROXIMATELY )<br>$50,120.00; AND ONE (1) PLATINUM )<br>AND DIAMOND RING VALUED AT )<br>APPROXIMATELY $25,935.00 )<br>)<br>Defendants. ) | Civil Action No. 3:02cv00889 (EBB) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2005, a true and correct copy of the RECEIVER-CLAIMANTS' MOTION TO DISMISS CLAIMS OF PEOPLES BENEFIT LIFE INSURANCE COMPANY, VETERANS LIFE INSURANCE COMPANY, HUFF COOK, INC., AND SETTLERS LIFE INSURANCE COMPANY was served by U.S. Mail, first class postage pre-paid, to the following:

John B. Hughes, Esq.
David X. Sullivan, Esq.
United States Attorney's Office
P.O. Box 1824
New Haven, Connecticut  06508

Forrest B. Lammiman, Esq.
Lord, Bissell & Brook
112 South LaSalle Street
Chicago, Illinois  60603

David N. Rosen, Esq.
400 Orange Street
New Haven, Connecticut  06511

Dated:  February 15, 2005
        New Haven, CT

_____
Douglas S. Skalka (ct00616)
Neubert, Pepe & Monteith, P.C.