# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    Plaintiff,

   v.

277 DIAMONDS VALUED AT
APPROXIMATELY $2,461,093.00, et al.

    Defendants.

Civil No. 3:02 CV 889 (EBB)

## MOTION FOR LEAVE TO TAKE DEPOSITIONS OF FEDERAL PRISONERS

   Huff-Cook, Inc. ("Settlers"), Peoples Benefit Life Insurance Company ("Peoples") and

Veterans Life Insurance Company ("Veterans"), pursuant to Rule 30(a)(2) of the Federal Rules of

Civil Procedure respectfully ask this Court to enter the attached order granting them leave to take

the depositions of Martin Frankel, Gary Atnip, John Hackney, and Sonia Howe, all of whom are

currently incarcerated in Federal prisons and Karen Timmins, who is currently under home

confinement.  In support of their Motion, Settlers, Peoples and Veterans state as follows:

   1.  Frankel, Atnip, Hackney, Timmins and Howe all participated in the scheme to

defraud Settlers, Peoples and Veterans out of approximately $60 million.  Their depositions are

needed to help prepare for the trials in these matters scheduled to begin on September 8, 2005.

   2.  Hackney and Atnip were officers and directors of First National Life Insurance

Company and served as the investment committee that transferred Settlers, Peoples and Veterans'

funds to Frankel.  Both men were also involved in the negotiations of the transactions giving rise to

Settlers, Peoples and Veterans' claims in these cases.

   3.  Frankel was the master-mind behind the scheme to defraud.

   4.  Timmins and Howe worked with Frankel at the Connecticut compound and are

believed to have been involved in preparing the fraudulent statements of Liberty National Securities.

**Oral Argument Requested**

They also had conversations with Hackney and Atnip regarding the funds absconded by Frankel. Timmins is currently under home confinement at her home in Bronxville, NY.

5.    In light of the pending motion to dismiss and motion for a protective order, the Receivers object to this Motion. Settlers, Peoples and Veterans have placed a call to counsel for the United States, but counsel has not yet returned the call, and so Settlers, Peoples and Veterans do not yet know the position of the United States vis-à-vis this Motion.

WHEREFORE, Settlers, Peoples and Veterans respectfully request that this Court enter an order granting them leave to take the depositions of Frankel, Hackney, Atnip and Howe at their respective federal correctional institutions and to take the deposition of Timmins at her home or another location as agreed by her parole officer.

Dated: March 15, 2005                    Respectfully submitted,

PEOPLES BENEFIT LIFE INSURANCE
COMPANY, VETERANS LIFE INSURANCE
COMPANY, HUFF-COOK, INC.

Forrest B. Lammiman (CT 21508)
Randall A. Hack (CT 14314)
Brian I. Hays (CT 21601)
LORD, BISSELL & BROOK LLP
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02 CV 889 (EBB) |
| | : | |
| 277 DIAMONDS VALUED AT | : | |
| APPROXIMATELY $2,461,093.00, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure the parties are hereby granted leave to take depositions as follows:

**A.**    Martin Frankel at Otisville Federal Correctional Institute

**B.**    Gary Atnip at Coleman Federal Correctional Institute

**C.**    John Hackney at [tbd - presently "in transit"] Federal Correctional Institute

**D.**    Sonia Howe at Alderson Federal Prison Camp

**E.**    Karen Timmins at her home pursuant to her home confinement or at another location agreed to by her parole officer.

Dated:  New Haven, Connecticut
March __, 2005

_____
Hon. Ellen Bree Burns
United States District Court Judge

## CERTIFICATE OF SERVICE

Jennifer Gallagher, an attorney, hereby certifies that on March 15, 2005, a true and correct

copy of the foregoing **MOTION FOR LEAVE TO TAKE DEPOSITIONS OF FEDERAL**

**PRISONERS** was served by Federal Express to the following:

| | |
|---|---|
| **Plaintiff U.S.A.**<br>John Hughes<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>157 Church Street<br>P.O. Box 1824<br>23rd Floor<br>New Haven, CT   06510<br>(203) 821-3700 | |
| **Claimants**<br>James A. Lenes, Esq.<br>Douglas S. Skalka, Esq.<br>Neubert, Pepe, Monteith<br>195 Church Street<br>13th Floor<br>New Haven, CT   06510-2026<br>(203) 821-2000 | Susan Loving, Esq.<br>Lest, Loving & Davies<br>1701 South Kelly<br>Edmund, OK   73013 |
| Andrew B. Campbell, Esq.<br>Graham Matherne, Esq.<br>Wyatt Tarrant & Combs<br>2525 West End Avenue<br>Suite 1500<br>Nashville, TN   37203<br>(615) 244-0020 | Charles G. Copeland, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>1062 Highland Colony Parkway<br>Suite 200<br>P. O. Box  6020<br>Ridgeland, MS   39157 |
| Douglas J. Schmidt, Esq.<br>Blackwell Sanders Peper Martin, LLP<br>2300 Main Street<br>Suite 1000<br>Kansas City, MO   64108 | |

Jennifer Gallagher

#1044348v1

3