```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,       :
          Plaintiff,            :
                                :
     v.                         :   NO. 3:01CV1515(EBB)
                                :
$29,035,500.00 IN ACCOUNT       :
NO. 20X6875(06), HELD IN THE    :
NAME OF U.S. CUSTOMS SUSPENSE   :
ACCOUNT AT THE FEDERAL          :
RESERVE BANK OF NEW YORK,       :
et al.                          :
          Defendants.           :
                                :
```

Scheduling Order

On or before June 3, 2005, the parties shall file simultaneous supplemental briefs regarding the issues of law raised in the Receiver-Claimants' Motion to Dismiss. The parties then shall have one week to respond.

So ordered.

_____
Ellen Bree Burns,
Senior District Judge

Dated at New Haven, Connecticut, this ___ day of May, 2005.