FILED

Jun 8  4 48 PM '05

U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        Plaintiff,

    v.

277 DIAMONDS VALUED AT
APPROXIMATELY $2,461,093.00; ONE (1)
PAIR OF DIAMOND EARRINGS, VALUED
AT APPROXIMATELY $50,120.00; AND
ONE (1) PLATINUM AND DIAMOND
RING VALUED AT APPROXIMATELY
$25,935.00

        Defendants.

: Civil No. 3:01 CV 889 (EBB)

## THIRD PARTY CLAIMANTS' APPENDIX

