```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,       :
          Plaintiff,            :
                                :
     v.                         :    NO. 3:02CV0889(EBB)
                                :
                                :
277 DIAMONDS VALUED AT          :
$2,461,093.00, et al.           :
          Defendants.           :
                                :
```

Revised Scheduling Order

The Court understands that the parties had filing difficulties related to the submission of their simultaneous supplemental briefs regarding the issues of law raised in the Receiver-Claimants' Motion to Dismiss. The deadline for responses to the supplemental briefs is therefore extended until June 14, 2005.

So ordered.

_____
Ellen Bree Burns,
Senior District Judge

Dated at New Haven, Connecticut, this ___ day of June, 2005.