

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR 18 A 10: 17

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA

    Plaintiff,

v.

277 DIAMONDS VALUED AT
APPROXIMATELY $2,461,093.00, et al.

Defendants.

Civil No. 3:02 CV 889 (EBB)

## MOTION FOR LIMITED MODIFICATION
## OF THE SCHEDULING ORDER

Huff-Cook, Inc., in the right of and on behalf of Settlers Life Insurance Company or, in the alternative, Settlers Life Insurance Company on its own behalf ("Settlers"), Peoples Benefit Life Insurance Company ("Peoples") and Veterans Life Insurance Company ("Veterans") respectfully ask this Court to enter the attached order granting a limited modification of the December 16, 2004 Scheduling Order. Settlers, Peoples and Veterans respectfully ask the Court for a limited extension of the April 1, 2005 discovery deadline to May 1, 2005 solely for the purpose of completing certain depositions. Settlers, Peoples and Veterans also seek an extension of the date for disclosure of their expert reports from April 15, 2005 to 30 days after the date the Receivers produce documents and respond to the outstanding Requests for Admissions. In support of their Motion, Settlers, Peoples and Veterans state as follows:

    1.    On December 16, 2004, this Court entered a Scheduling Order proposed by the parties. Under the terms of the order, all discovery is to be completed by April 1, 2005. Settlers, Peoples and Veterans have been pursuing discovery from various sources in these cases. On March 16, 2005, Settlers, Peoples and Veterans filed a motion seeking leave to depose Martin Frankel, Gary Atnip, John Hackney, and Sonia Howe at their respective Federal prisons and Karen

1

Timmins who is under home confinement. Settlers, Peoples and Veterans respectfully ask for an additional month to allow them to accommodate the schedules of the various prison officials and counsel for the deponents. For example, undersigned counsel has been informed by Frankel's attorney, William Koch, Jr. that he is scheduled to be in trial the last two weeks in March but is available after April 1, 2005 for Frankel's deposition.

2.      Frankel, Atnip, Hackney, Timmins and Howe all participated in the scheme to defraud Settlers, Peoples and Veterans out of approximately $60 million. Their depositions are needed to help prepare for the trials in these matters. Hackney and Atnip were officers and directors of First National Life Insurance Company of America and served as the investment committee that transferred Settlers, Peoples and Veterans' funds to Frankel. Both men were also involved in the negotiations of the transactions giving rise to Settlers, Peoples and Veterans' claims in these cases. Frankel was the master-mind behind the scheme to defraud. Timmins and Howe worked with Frankel at the Connecticut compound and are believed to have been involved in preparing the fraudulent statements of Liberty National Securities. They also had conversations with Hackney and Atnip regarding the funds absconded by Frankel.

3.      Settlers, Peoples and Veterans also seek additional time for disclosing their expert and expert report. On February 8, 2005, Settlers, Peoples and Veterans served Requests for Production of Documents and Requests for Admissions on the Receivers. The Receivers' responses were due on March 14, 2005. Settlers, Peoples and Veterans' expert(s) would have had one month after receiving the documents and admission to prepare report(s).

4.      On February 25, 2005, the Receivers filed a motion seeking a protective order staying certain discovery pending the resolution of their motion to dismiss, filed on February 11, 2005. On March 11, 2005, the Receivers served their objections to the Request for Production of Documents and Requests for Admissions. The Receivers refused to produce documents or to

2

answer the Requests for Admissions citing their pending motion to dismiss and motion seeking a protective order.

5.      The Receivers' refusal to respond to simple Requests for Admissions and to produce documents establishing the flow of monies from the bank accounts of Settlers, Peoples and Veterans through First National Life Insurance Company of America's accounts and on to the Frankel controlled account at Banque SCS Alliance in Switzerland and these forfeiture proceedings have slowed the flow of information and thus delayed Settlers, Peoples and Veterans' expert' preparation of her report.

6.      Settlers, Peoples and Veterans are not bringing this motion for purposes of delay and neither the Receivers nor the United States will be prejudiced by these limited modifications to the Scheduling Order.

7.      In light of the pending motion to dismiss and motion for a protective order, the Receivers object to this Motion. [I'll modify after calling Schmidt and Hughes.]

WHEREFORE, Settlers, Peoples and Veterans respectfully ask this Court to enter the attached proposed Order:

(a)     Extending the discovery deadline to May 1, 2005 solely to allow the depositions of Frankel, Hackney, Atnip, Howe and Timmins.

(b)     Extending the expert disclosure date for Settlers, Peoples and Veterans from April 15, 2005 until 30 days after the date the Court sets for the Receivers to produce the documents requested in the Requests for Production of Documents and serve their admission or denials in response to the Requests for Admissions.

3

Dated: March 17, 2005

Respectfully submitted,

PEOPLES BENEFIT LIFE INSURANCE COMPANY, VETERANS LIFE INSURANCE COMPANY, HUFF-COOK, INC.

_____
Forrest B. Lammiman (CT 21508)
Randall A. Hack (CT 14314)
Brian I. Hays (CT 21601)
LORD, BISSELL & BROOK LLP
115 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

## CERTIFICATE OF SERVICE

Brian I. Hays, an attorney, hereby certifies that on March 17, 2005, a true and correct copy of the foregoing **MOTION FOR LIMITED MODIFICATION OF THE SCHEDULING ORDER** was served by facsimile and US Mail, postage pre-paid to the following:

| | |
|---|---|
| **Plaintiff U.S.A.**<br>John Hughes<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>157 Church Street<br>P.O. Box 1824<br>23rd Floor<br>New Haven, CT  06510<br>(203) 821-3700 | |
| **Claimants**<br>James A. Lenes, Esq.<br>Douglas S. Skalka, Esq.<br>Neubert, Pepe, Monteith<br>195 Church Street<br>13th Floor<br>New Haven, CT  06510-2026<br>(203) 821-2000 | Susan Loving, Esq.<br>Lest, Loving & Davies<br>1701 South Kelly<br>Edmund, OK  73013 |
| Andrew B. Campbell, Esq.<br>Graham Matherne, Esq.<br>Wyatt Tarrant & Combs<br>2525 West End Avenue<br>Suite 1500<br>Nashville, TN  37203<br>(615) 244-0020 | Charles G. Copeland, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>1062 Highland Colony Parkway<br>Suite 200<br>P. O. Box  6020<br>Ridgeland, MS  39157 |
| Douglas J. Schmidt, Esq.<br>Blackwell Sanders Peper Martin, LLP<br>2300 Main Street<br>Suite 1000<br>Kansas City, MO  64108 | |

_____
Brian I. Hays