## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02 CV 889 (EBB) |
| | : | |
| 277 DIAMONDS VALUED AT | : | |
| APPROXIMATELY $2,461,093.00, et al. | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF FILING

To:    Attached Service List

PLEASE TAKE NOTICE that on July 1, 2005, we will cause to be filed with the Clerk of the Court for the United States District Court for District of Connecticut, the attached June 30, 2005, Supplemental Letter Brief, a copy of which was previously faxed to you and is hereby served upon you.

Dated: June 30, 2005

Respectfully submitted,

PEOPLES BENEFIT LIFE INSURANCE COMPANY, VETERANS LIFE INSURANCE COMPANY, HUFF-COOK, INC.

David N. Rosen (00169)
400 Orange Street
New Haven, CT 06511
Telephone:  (203) 787-3513
Telecopy:  (203) 789-1605

Forrest B. Lammiman (CT 21508)
Randall A. Hack (CT 14314)
Brian I. Hays (CT 21601)
LORD, BISSELL & BROOK LLP
115 S. LaSalle Street
Chicago, IL 60603
Telephone:  (312) 443-0700
Facsimile:  (312) 443-0336

### CERTIFICATE OF SERVICE

I, Brian Hays, an attorney, hereby certify that I caused a true and accurate copy of the foregoing NOTICE OF FILING to be served on June 30, 2005, via U.S. mail, first class, postage prepaid, to the Attached Service List.

Brian I. Hays

# LORD BISSELL ⅋ BROOK LLP
### ATTORNEYS AT LAW

115 S. LASALLE STREET | CHICAGO, ILLINOIS 60603-3901
312.443.0700 | 312.443.0336 FAX | WWW.LORDBISSELL.COM

June 30, 2005

Forrest B. Lammiman

312.443.0414
Fax: 312.896.6414
flammiman@lordbissell.com

**Via Facsimile and Hand-Delivery (Filed Separately with the Clerk of the Court)**

Hon. Ellen Bree Burns
Senior United States District Judge
United States Courthouse
141 Church Street
New Haven, CT 06510

Re:    *United States of America v. $29,035,500.00 in Account No. 20X6875(06), et al.*
Case No. 3:01-CV-01515 (EBB)
*United States of America v. 277 Diamonds Valued at $2,461,093.00, et al.*
Case No. 3:02-CV-00889 (EBB)

Dear Judge Burns:

Please find enclosed a letter from the Mississippi receivership court dated June 24, 2005, which our Mississippi counsel and I both received yesterday. In our view, this letter underscores the need to effectively consolidate these matters before Your Honor, by your ruling on the Receivers' Motion to Dismiss. Such a ruling will allow the parties to focus on discovery for the remainder of the summer, and then go forward with the trial set for September 9, 2005 in your court.

Thank you once again for your consideration.

Sincerely,

Forrest B. Lammiman

FBL:pas

cc:    attached Service List (via facsimile and U.S. Mail)

ATLANTA     |     CHICAGO     |     LONDON     |     LOS ANGELES     |     NEW YORK

CHI1 1087048v1

## SERVICE LIST

*USA v. $29,035,500.00, et al,* Case Number 3:01-CV-1515 (EBB);
and
*USA v.277 Diamonds, et al,* Case Number 3:02 CV 889 (EBB)

| | |
|---|---|
| **Plaintiff U.S.A.**<br>John Hughes<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>157 Church Street<br>P.O. Box 1824<br>23rd Floor<br>New Haven, CT   06510<br>(203) 821-3700<br>(203) 773-5373 - fax | |
| **Claimants**<br>James A. Lenes, Esq.<br>Douglas S. Skalka, Esq.<br>NEUBERT, PEPE, MONTEITH<br>195 Church Street<br>13th Floor<br>New Haven, CT   06510-2026<br>(203) 821-2000<br>(203) 821-2009 - fax | Susan Loving, Esq.<br>LEST, LOVING & DAVIES<br>1701 South Kelly<br>Edmund, OK   73013<br>(405) 844-9900<br>(405) 844-9958 - fax |
| Andrew B. Campbell, Esq.<br>Graham Matherne, Esq.<br>WYATT TARRANT & COMBS<br>2525 West End Avenue<br>Suite 1500<br>Nashville, TN   37203<br>(615) 244-0020<br>(615) 256-1726 - fax | Charles G. Copeland, Esq.<br>COPELAND, COOK, TAYLOR & BUSH, P.A.<br>1062 Highland Colony Parkway<br>Suite 200<br>P. O. Box  6020<br>Ridgeland, MS   39157<br>(601) 856-7200<br>(601) 856-7626 - fax |
| Douglas J. Schmidt, Esq.<br>BLACKWELL SANDERS PEPER MARTIN, LLP<br>2300 Main Street<br>Suite 1000<br>Kansas City, MO   64108<br>(816) 983-8000<br>(816) 983-8080 - fax | |

1067252v1



## STATE OF MISSISSIPPI
## FIFTH CHANCERY COURT DISTRICT
Post Office Box 686
Jackson, Mississippi 39205
(601) 968-6547

William Hale Singletary
Chancellor

Ruth A. Olenski
Court Reporter

June 24, 2005

Aiex A. Alston, Jr., Esquire
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, MS   39205

Kristina M. Johnson, Esquire
Watkins Ludlam, Winter & Stennis, P.A.
Post Office Box 427
Jackson, MS   39205

Charles G. Copeland, Esquire
Janet G. Arnold, Esquire
Copeland, Cook, Taylor & Bush, P.A.
Post Office Box 6020
Ridgeland, MS   39158

Forrest B. Lammiman, Esquire
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL    60603

C. York Craig, Jr., Esquire
Ricky G. Luke, Esquire
Craig, Hester, Luke & Dodson, P.A.
Post Office Box 12005
Jackson, MS   39236

Charles T. Richardson, Esquire
Baker & Daniels
805 15th Street N.W., Suite 700
Washington, D. C.   20005

Lee Harrell, Esquire
David C. Scott, Esquire
Mississippi Department of Insurance
Post Office Box 79
Jackson, MS   39205

RE: George Dale v. First National Life Insurance Company, et. al.
    Cause No. G99-908 S/2
    Chancery Court of Hinds County, Mississippi

Gentlemen, Ms. Arnold and Ms. Johnson:

    After again reviewing the Supreme Court's opinion in the above captioned matter,
together with the Liquidator's request for ruling and the various responses recently filed,
I am of the opinion that the effect of the Supreme Court's ruling is  that  the  petition  for

Alex A. Alston, Jr., Esquire
Charles G. Copeland, Esquire
C. York Craig, Jr., Esquire
Lee Harrell, Esquire
Kristina M. Johnson, Esquire
Forrest B. Lammiman, Esquire
Charles T. Richardson, Esquire
June 24, 2005
Page Two


declaratory relief is once again pending in this Court. The error in this Court was in converting *sua sponte* the Mississippi Rule of Civil Procedure 12 c motion for judgment on the pleading into a Mississippi Rule of Civil Procedure 56 motion for summary judgment without ten-days' notice to the claimants.

I am still of the opinion that the matter should be treated as a motion for summary judgment; however, I surely want to cure the problem of lack of sufficient notice under the rules before ruling on it again. There is sufficient time on my docket on the afternoon of August 1, September 1 and September 2, 2005, for argument on the motion. At such hearing I would propose that we also take argument on the motion for voluntary dismissal without prejudice. Please consult your respective calendars and agree on one of those dates, and on an appropriate briefing schedule between now and then. If sufficient number of you are not available on any on those dates, let me know and I will assist you in finding another time.

Thank you for your usual courtesies to the Court.

Sincerely yours,

William Hale Singletary

WHS/ro

# SERVICE LIST

*USA v. $29,035,500.00, et al,* Case Number 3:01-CV-1515 (EBB);
and
*USA v.277 Diamonds, et al,* Case Number 3:02 CV 889 (EBB)

| | |
|---|---|
| **Plaintiff U.S.A.**<br>John Hughes<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>157 Church Street<br>P.O. Box 1824<br>23rd Floor<br>New Haven, CT   06510<br>(203) 821-3700<br>(203) 773-5373 - fax | |
| **Claimants**<br>James A. Lenes, Esq.<br>Douglas S. Skalka, Esq.<br>NEUBERT, PEPE, MONTEITH<br>195 Church Street<br>13th Floor<br>New Haven, CT   06510-2026<br>(203) 821-2000<br>(203) 821-2009 - fax | Susan Loving, Esq.<br>LEST, LOVING & DAVIES<br>1701 South Kelly<br>Edmund, OK   73013<br>(405) 844-9900<br>(405) 844-9958 - fax |
| Andrew B. Campbell, Esq.<br>Graham Matherne, Esq.<br>WYATT TARRANT & COMBS<br>2525 West End Avenue<br>Suite 1500<br>Nashville, TN   37203<br>(615) 244-0020<br>(615) 256-1726 - fax | Charles G. Copeland, Esq.<br>COPELAND, COOK, TAYLOR & BUSH, P.A.<br>1062 Highland Colony Parkway<br>Suite 200<br>P. O. Box  6020<br>Ridgeland, MS   39157<br>(601) 856-7200<br>(601) 856-7626 - fax |
| Douglas J. Schmidt, Esq.<br>BLACKWELL SANDERS PEPER MARTIN, LLP<br>2300 Main Street<br>Suite 1000<br>Kansas City, MO   64108<br>(816) 983-8000<br>(816) 983-8080 - fax | |

1067252v1