UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br><br>277 DIAMONDS VALUED AT<br>APPROXIMATELY $2,461,093.00,<br><br>ONE (1) PAIR OF DIAMOND<br>EARRRINGS, VALUED AT<br>APPROXIMATELY $50,120.00<br><br>AND<br><br>ONE (1) PLATINUM AND DIAMOND<br>RING VALUED AT APPROXIMATELY<br>$25,935.00,<br><br>　　　　Defendant. | Civil No. 3:02CV889 (EBB)<br><br>July 28, 2006 |

## MOTION FOR ADMISSION PRO HAC VICE

W. Dale Finke, Director of the Missouri Department of Insurance in his capacity as Liquidator of the International Financial Services Life Insurance Company in Liquidation (hereinafter referred to as "Claimant"), by and through his undersigned local counsel, respectfully moves this Court to enter an Order admitting Douglas J. Schmidt pro hac vice. In support of his Motion, the Claimant represents the following:

　　　1.　　On May 22, 2002, the United States of America commenced this forfeiture action pursuant to 18 U.S.C. § 981(a)(1)(A).

　　　2.　　On March 21, 2003, the Claimant filed his claim to the property which is the subject of this action.

　　　3.　　The Claimant has retained Douglas J. Schmidt and the firm of Blackwell Sanders Peper Martin, LLP("Blackwell Sanders"), 4801 Main Street, Suite 1000, Kansas City, MO

KC-1416905-3

1

64112 to serve as its counsel in this matter and other matters relating to the liquidation of the International Financial Services Life Insurance Company.

4. Douglas J. Schmidt is a partner with the law firm of Blackwell Sanders. Douglas J. Schmidt is a member in good standing of the Bar of the State of Missouri, and has been admitted to practice before all state courts in Missouri since 1984. Mr. Schmidt was admitted to practice before the United States District Court for the Western District of Missouri in 1984 and the United States Court of Federal Claims in 1996. There are no disciplinary proceedings against him as a member of the Missouri State Bar or any other court.

5. Douglas J. Schmidt has executed an affidavit in connection with this motion which has been attached hereto as Exhibit A.

6. The undersigned counsel is a member in good standing of the bar of the Federal District of Connecticut.

WHEREFORE, W. Dale Finke, Director of the Missouri Department of Insurance in his capacity as Liquidator of the International Financial Services Life Insurance Company in Liquidation respectfully requests that this Court enter an Order granting Douglas J. Schmidt admission pro hac vice.

Respectfully submitted,

_____
Douglas S. Skalka            Fed. Bar No. 00616
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

KC-1416905-3                                    2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>v.<br><br>277 DIAMONDS VALUED AT<br>APPROXIMATELY $2,461,093.00,<br><br>ONE (1) PAIR OF DIAMOND<br>EARRRINGS, VALUED AT<br>APPROXIMATELY $50,120.00<br><br>AND<br><br>ONE (1) PLATINUM AND DIAMOND<br>RING VALUED AT APPROXIMATELY<br>$25,935.00,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil No. 3:02CV889 (EBB)<br><br><br><br><br>July 25, 2006 |

## AFFIDAVIT OF DOUGLAS J. SCHMIDT

I, Douglas J. Schmidt, being duly sworn, hereby depose and say:

1. I am over the age of 18 years and I understand the obligations of an oath.

2. I am a partner with the law firm of Blackwell Sanders Peper Martin, LLP and work in its Kansas City, Missouri office, located at 4801 Main Street, Suite 1000, Kansas City, MO 64112, telephone number (816) 983-8000, facsimile number (816) 983-8080, e-mail dschmidt@blackwellsanders.com.

3. I have been admitted to practice before all state courts in Missouri since 1984.

4. I was admitted to practice before the United States District Court for the Western District of Missouri in 1984 and the United States Court of Federal Claims in 1996.

5. I am currently in good standing in every court in which I practice and I have never been denied admission or disciplined in the District of Connecticut or any other court.

KC-1416905-3                 1

6.  I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
Douglas J. Schmidt

Subscribed and sworn to before me this 25th day of July, 2006.

_____
Notary Public
My Commission expires _____

JUDY MACKEY
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires: June 28, 2008

KC-1416905-3

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil No. 3:02CV889 (EBB) |
| | ) | |
| 277 DIAMONDS VALUED AT | ) | |
| APPROXIMATELY $2,461,093.00, | ) | |
| | ) | |
| ONE (1) PAIR OF DIAMOND | ) | July __, 2006 |
| EARRRINGS, VALUED AT | ) | |
| APPROXIMATELY $50,120.00 | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| ONE (1) PLATINUM AND DIAMOND | ) | |
| RING VALUED AT APPROXIMATELY | ) | |
| $25,935.00, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

The Motion for Admission <u>Pro Hac Vice</u>, having been presented to this Court, it is hereby ORDERED, that Douglas J. Schmidt is admitted <u>pro hac vice</u> as counsel in the above captioned matter.

Dated: New Haven, Connecticut
       July __, 2006

_____
Ellen Bree Burns
Senior United States District Judge

KC-1416905-3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br>v.<br><br>277 DIAMONDS VALUED AT<br>APPROXIMATELY $2,461,093.00,<br><br>ONE (1) PAIR OF DIAMOND<br>EARRRINGS, VALUED AT<br>APPROXIMATELY $50,120.00<br><br>AND<br><br>ONE (1) PLATINUM AND DIAMOND<br>RING VALUED AT APPROXIMATELY<br>$25,935.00,<br><br>             Defendant. | )<br>)<br>)   Civil No. 3:02CV889 (EBB)<br>)<br>)<br>)<br>)<br>)   July 31, 2006<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that a copy of Motion for Admission <u>Pro Hac Vice</u> was mailed, via United States mail, postage prepaid, this 31 day of July, 2006 upon:

Kevin J. O'Connor, Esq.
David X. Sullivan, Esq.
Julie G. Turbert, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

Susan B. Loving, Esq.
Lester, Loving & Davies
1701 S. Kelly Avenue
Edmond, OK 73013

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
1023 W. Capitol Avenue, Suite 2
Little Rock, Arkansas 72201-1904

KC-1416905-3                                   1

Charles G. Copeland, Esq.
Rebecca S. Jordan, Esq.
Copeland, Cook, Taylor & Bush
200 Concourse
1062 Highland Colony Parkway, #200
Ridgeland, MS  39157

David N. Rosen
400 Orange Street
New Haven, CT  06511

Forrest B. Lammiman, Esq.
Brian I. Hays
Randall Allan Hack
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL  60603

Alan F. Curley
Robinson Curley & Clayton, PC
300 South Wacker Dr., #1700
Chicago, IL  60606

_____
Douglas S. Skalka          Fed. Bar No. 00616
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile:  (203) 821-2009