UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil No. 3:01 CV 1515 (EBB) |
| $29,035,500 IN ACCOUNT NUMBER | : | |
| 20X6875(06), HELD IN THE NAME OF U.S. | : | |
| CUSTOMS SUSPENSE ACCOUNT AT THE | : | |
| FEDERAL RESERVE BANK OF NEW | : | |
| YORK, et al. | : | |
| | : | |
| Defendants. | : | |
| ------------------------------------------------------- | : ------------------------------------------------------- | |
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | |
| 277 DIAMONDS VALUED AT | : | |
| APPROXIMATELY $2,461,093.00, et al. | : | |
| | : | Civil No. 3:02 CV 889 (EBB) |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

## STIPULATION OF DISMISSAL AND WITHDRAWAL OF CLAIMS BY PEOPLES BENEFIT LIFE INSURANCE COMPANY, VETERANS LIFE INSURANCE COMPANY AND HUFF-COOK, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned parties

stipulate and agree that Peoples Benefit Life Insurance Company, Veterans Life

Insurance Company, and Huff-Cook, Inc., shall be dismissed from this action with

prejudice and without costs to any of the parties.   This dismissal shall have no effect on

the claims asserted by any other parties involved in the forfeiture proceedings or on any

rights Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, or

1

Huff-Cook, Inc. may have as general unsecured creditors under the proofs of claims filed in *State of Tennessee, ex rel Anne B. Pope v. Franklin American Life Insurance Company*, Case No. 99-1326-II (Chancery Court of Davidson County, Tenn.) and *Dale v. First National Life Insurance Company*, Case No. G99-908S2 (Chancery Court of Hinds County, Miss.).

Peoples Benefit Life Insurance Company, Veterans Life Insurance Company and Huff-Cook, Inc., through their attorneys, hereby withdraw their Verified Statements of Interest or Right filed with the Court on September 13, 2001 and September 19, 2001 asserting claims to the Currency Defendants $29,035,500 and $3,241,500.00 in Account No. 20X6875(06) and filed on April 10, 2003 asserting claims to the Defendant 277 Diamonds valued at approximately $2,461,093.00, one pair of diamond earrings valued at approximately $50,120.00 and one diamond and platinum ring valued at approximately $25,935.00 (the "Defendant Properties"). Peoples Benefit Life Insurance Company, Veterans Life Insurance Company and Huff-Cook, Inc. have no objection to Plaintiff, United States of America, obtaining a Decree of Forfeiture forfeiting the Defendant Properties to the United States of America for disposition according to law.

Dated: October __, 2007

Respectfully submitted,

PEOPLES BENEFIT LIFE INSURANCE
COMPANY, VETERANS LIFE
INSURANCE COMPANY, HUFF-COOK,
INC.

_____
David N. Rosen (00196)
400 Orange Street
New Haven, CT 06511
Telephone: (203) 787-3513
Telecopy: (203) 789-1605
*Of Counsel*
Forrest B. Lammiman (CT 21508)
Randall A. Hack (CT 14314)
Brian I. Hays (CT 21601)
LOCKE LORD, BISSELL & LIDDELL LLP
111 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336


UNITED STATES OF AMERICA


_____
John Hughes
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
23rd Floor
New Haven, CT 06510
(203) 821-3700

RECEIVER CLAIMANTS
KIM HOLLAND, COMMISSIONER OF
INSURANCE FOR THE STATE OF
OKLAHOMA, IN HER CAPACITY AS
RECEIVER OF FARMERS AND
RANCHERS LIFE INSURANCE
COMPANY; AND JULIE BENAFIELD
BOWMAN, COMMISSIONER OF
INSURANCE FOR THE STATE OF
ARKANSAS, IN HER CAPACITY AS
RECEIVER OF OLD SOUTHWEST LIFE
INSURANCE COMPANY


_____
Douglas S. Skalka, Esq.
Neubert, Pepe, Monteith
195 Church Street
13th Floor
New Haven, CT 06510-2026
(203) 821-2000


LESLIE A. NEWMAN, COMMISSIONER
OF COMMERCE AND INSURANCE FOR
THE STATE OF TENNESSEE, IN HER
CAPACITY AS RECEIVER OF
FRANKLIN AMERICAN LIFE
INSURANCE COMPANY


_____
Andrew B. Campbell, Esq.
Graham Matherne, Esq.

3

Dated: October ___, 2007

Respectfully submitted,

PEOPLES BENEFIT LIFE INSURANCE
COMPANY, VETERANS LIFE
INSURANCE COMPANY, HUFF-COOK,
INC.

_____
David N. Rosen (00196)
400 Orange Street
New Haven, CT 06511
Telephone: (203) 787-3513
Telecopy: (203) 789-1605
*Of Counsel*
Forrest B. Lammiman (CT 21508)
Randall A. Hack (CT 14314)
Brian I. Hays (CT 21601)
LORD, BISSELL & BROOK LLP
111 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336


UNITED STATES OF AMERICA

_____
John Hughes
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
23rd Floor
New Haven, CT 06510
(203) 821-3700

RECEIVER CLAIMANTS
KIM HOLLAND, COMMISSIONER OF
INSURANCE FOR THE STATE OF
OKLAHOMA, IN HER CAPACITY AS
RECEIVER OF FARMERS AND
RANCHERS LIFE INSURANCE
COMPANY; AND JULIE BENAFIELD
BOWMAN, COMMISSIONER OF
INSURANCE FOR THE STATE OF
ARKANSAS, IN HER CAPACITY AS
RECEIVER OF OLD SOUTHWEST LIFE
INSURANCE COMPANY

_____
Douglas S. Skalka, Esq.
Neubert, Pepe, Monteith
195 Church Street
13th Floor
New Haven, CT 06510-2026
(203) 821-2000


LESLIE A. NEWMAN, COMMISSIONER
OF COMMERCE AND INSURANCE FOR
THE STATE OF TENNESSEE, IN HER
CAPACITY AS RECEIVER OF
FRANKLIN AMERICAN LIFE
INSURANCE COMPANY

_____
Andrew B. Campbell, Esq.
Graham Matherne, Esq.

3

Dated: October __, 2007

Respectfully submitted,

PEOPLES BENEFIT LIFE INSURANCE
COMPANY, VETERANS LIFE
INSURANCE COMPANY, HUFF-COOK,
INC.

_____
David N. Rosen (00196)
400 Orange Street
New Haven, CT 06511
Telephone: (203) 787-3513
Telecopy: (203) 789-1605
*Of Counsel*
Forrest B. Lammiman (CT 21508)
Randall A. Hack (CT 14314)
Brian I. Hays (CT 21601)
LORD, BISSELL & BROOK LLP
111 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

OKLAHOMA, IN HER CAPACITY AS
RECEIVER OF FARMERS AND
RANCHERS LIFE INSURANCE
COMPANY; AND JULIE BENAFIELD
BOWMAN, COMMISSIONER OF
INSURANCE FOR THE STATE OF
ARKANSAS, IN HER CAPACITY AS
RECEIVER OF OLD SOUTHWEST LIFE
INSURANCE COMPANY

_____
Douglas S. Skalka, Esq.
Neubert, Pepe, Monteith
195 Church Street
13th Floor
New Haven, CT   06510-2026
(203) 821-2000

UNITED STATES OF AMERICA

_____
John Hughes
Julie G. Turbert
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
23rd Floor
New Haven, CT   06510
(203) 821-3700

LESLIE A. NEWMAN, COMMISSIONER
OF COMMERCE AND INSURANCE FOR
THE STATE OF TENNESSEE, IN HER
CAPACITY AS RECEIVER OF
FRANKLIN AMERICAN LIFE
INSURANCE COMPANY

_____
Andrew B. Campbell, Esq.
Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue
Suite 1500
Nashville, TN   37203
(615) 244-0020

RECEIVER CLAIMANTS
KIM HOLLAND, COMMISSIONER OF
INSURANCE FOR THE STATE OF

3

GEORGE DALE, COMMISSIONER OF
INSURANCE FOR THE STATE OF
MISSISSIPPI, IN HIS CAPACITY AS
RECEIVER OF FAMILY GUARANTY
LIFE INS CO
FIRST NATIONAL LIFE INSURANCE
COMPANY OF AMERICA
FRANKLIN PROTECTIVE LIFE INS CO

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway
Suite 200
P. O. Box  6020
Ridgeland, MS   39157


DOUGLAS M. OMMEN, DIRECTOR OF
MISSOURI DEPARTMENT OF
INSURANCE, FINANCIAL
INSTITUTIONS AND PROFESSIONAL
REGULATION, IN HIS CAPACITY AS
LIQUIDATOR OF
INTERNATIONAL FINANCIAL
SERVICES LIFE INSURANCE
COMPANY


Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main Street
Suite 1000
Kansas City, MO   64112

RECEIVER OF FAMILY GUARANTY LIFE
INS CO
FIRST NATIONAL LIFE INSURANCE
COMPANY OF AMERICA
FRANKLIN PROTECTIVE LIFE INS CO

_____

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway
Suite 200
P. O. Box  6020
Ridgeland, MS  39157

DOUGLAS M. OMMEN, DIRECTOR OF
MISSOURI DEPARTMENT OF
INSURANCE, FINANCIAL INSTITUTIONS
AND PROFESSIONAL REGULATION, IN
HIS CAPACITY AS LIQUIDATOR OF
INTERNATIONAL FINANCIAL SERVICES
LIFE INSURANCE COMPANY

_Douglas Schmidt by TMS_
Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main Street
Suite 1000
Kansas City, MO  64112

KC-1540812-1