UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.  3:02CV00889 (EBB) |
| | : | |
| 277 DIAMONDS VALUED AT | : | |
| APPROXIMATELY $2,461,093.00, | : | |
| | : | |
| ONE (1) PAIR OF DIAMOND EARRINGS, | : | |
| VALUED AT APPROXIMATELY | : | |
| $50,120.00, | : | |
| | : | |
| AND | : | October 18, 2007 |
| | : | |
| ONE (1) PLATINUM AND DIAMOND | : | |
| RING VALUED AT APPROXIMATELY | : | |
| $25,935.00, | : | |
| | : | |
| Defendants. | : | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, and Rule G(5) of the

Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the Plaintiff, United

States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

In support of this motion, filed herewith are a Stipulation of Dismissal and Withdrawal of Claims by Peoples Benefit Life Insurance Company, Veterans Life Insurance Company and Huff-Cook, Inc., a Stipulation between the United States of America and the Receiver-Claimants, a supporting memorandum, and proposed Decree of Forfeiture.

      Respectfully submitted,

      PLAINTIFF,
      UNITED STATES OF AMERICA

      KEVIN J. O'CONNOR
      UNITED STATES ATTORNEY

---

      JULIE G. TURBERT
      ASSISTANT U.S. ATTORNEY
      ATTORNEY BAR # ct23398
      157 CHURCH STREET
      NEW HAVEN, CT 06510
      TEL. (203) 821-3700
      FAX (203) 773-5373
      Email: Julie.Turbert@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing Motion for Decree of Forfeiture has been mailed, postage prepaid, this 18th day of October, 2007, to:

Douglas J. Schmidt, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, Mississippi 39157

Andrew B. Campbell
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, TN 37203

Susan Loving, Esq.
Lester, Loving and Davies
1701 South Kelly
Edmund, Oklahoma 73013

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
1200 W. Third Street
Room 340
Little Rock, AR 72201-0104

James A. Lenes, Esq.
9 Grove Street
Ridgefield, CT 06877

Forrest B. Lammiman, Esq.
Brian I. Hays, Esq.
Randall Allan Hack, Esq.
Lord Bissell & Brook
115 South Lasalle Street
Suites 2600-3600
Chicago, IL 60603

David N. Rosen, Esq.
400 Orange Street
New Haven, CT 06511

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY